UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kelly Baker

        Plaintiff(s),

Case No. 2:13-cv-11643

v.

Judge Nancy G. Edmunds

Southwest Credit Systems, L.P.

Magistrate Judge R. Steven Whalen

        Defendant(s).

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Southwest Credit Systems, L.P.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 10, 2013

/s/ Charity A. Olson

P68295
Olson Law Group
106 E. Liberty
Suite 303
Ann Arbor, MI 48104
(734) 222-5179
colson@olsonlawpc.com